RECEIVED
FEB 21 2025
U.S. District Court
Eastern District of MO
Cape Girardeau

To Whom It May Concern;

This is to inform you that I Beverly E Shaw SS # 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, address 21 E. St. Joseph street, apartment 101, Perryville Mo. am the wife of David R Shaw SS # 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, of 45 years and I have Power Of Attorney on him.

Our son Jeremiah Shaw currently has guardianship which I am in the process of contesting.

I am legally supposed to be able to have visitation rights, as his spouse. The original guardianship was also set up for me to have full visitation rights as well.

Our son Jeremiah Shaw is illegally preventing me from seeing and talking to my husband for over 5 months now. He is doing this out of a vendetta, because he thinks I reported him to Child protective Services for child abuse. Illegally using his position as guardian for vengeance.

And the nursing home is punishing me for gathering evidence of their abuse, neglect and illegal drugging, of my husband. As well as the fact that I was able to take him out legally with the help of Farmington Police officer Bowle, Badge number 112, for 3 weeks, and gathered farther evidence against them by taking him to a real doctor who states the drugs they were giving him, should never have been given to him, and that he was articulate, aware, and did not have the severe dementia that the nursing home stated. They were drug inducing dementia.

I took him out when my Lawyer discovered that Jeremiah Shaw had not filed the guardianship in Missouri, when brining him here.

He went to court afterward and quickly filed for transfuse of foreign guardianship from Indians to Missouri, and had him taken from me.

Now he refuses to tell me where he is or let me see him or talk to him, which is illegal. There has never been any court hearing to keep me from him.

This is solely revenge on the part of the nursing home and our son, and needs to stop. I have every right to see him. Please help me to be able to see him immediately. They are now harming my husband even more by isolating him.

This is senior abuse towards me and my husband and is devastating to me.

Thank You ; Beverly Shaw

*Beverly Shaw*

Subscribed By:
*Jamie A. Jones*
1/21/25

JAMIE A. JONES
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Francois County
My Commission Expires: July 08, 2028
Commission Number: 15178549