RECEIVED
FEB 2 4 2025
U.S. District Court
Eastern District of MO
Cape Girardeau

Beverly Shaw
Shaw v. Shaw et al
#1: 24-CV-00237-ACL

I never did have proper representation from both Lawyers I hired

<u>1st Lawyer Jacob Bowman Indianapolis In</u>
Said my request for extended time was denied. But that was NOT true. This was for appeal. By that time it was too late. He just never filed in time. Then all he did is kept pushing the date back and 3 months later dropped me as a client. Because the Media was in this.

<u>2nd Lawyer Ed Butler St Louis Mo.</u>
Never did what he was hired to do which was to desolve the guardianship or make me guardian. He never lifted a fingure to do that.
Then
When I was told Jeremiah was trying to do some paper work in the courts After I had David home, and that I need to have my Lawyer file for Least Constrictive measures.
I told my attorney to do that, He ~~new~~ never did any thing.