# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# DIVISION



Beverly Shaw,

Plaintiff,

v.

Jeremiah Shaw, et. al

Defendant(s).

Case No. 1:24-cv-00237-SNLJ

## Motion to Compel

I, Beverly Shaw, am asking the court to compel my complaint and requests. I believe my husband is in imminent danger, as the last time I saw him at this nursing home, he had several severe Urinary Tract Infections at the brink of sepsis and went lethargic several times from the drugs they are forcing on him, etc.

Most of these victims of fraudulent guardianship wind up dead, from abuse, neglect, and over-medicating. I am enclosing pictures of another fraudulent guardianship victim who died after 8 months in a nursing home's care. This is how most of the victims look after just a few months in captivity and isolation.

This particular nursing home has a high death rate.

They are keeping my husband isolated from me and all friends. I have not seen or spoken to him since August 11th and neither has any of his friends and this is being done illegally. Please, I urge you to act immediately. I need to at least be able to visit and see my husband right away.

I also need to have this guardianship to be dissolved in a timely manner.

Signed this 4th day of April,1025

*Beverly Shaw*



Jim Mason another fraudulent Guardianship victim who died after 8 Mo. in their care. this one in Jamestown NY but this is common.



Beverly Shaw
21 E St Joseph St #101
Perryville Mo 63775

RECEIVED BY MAIL
APR 11 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Attention Clerks office
Cape Federal Court
555 Indipendence St
Cape Girardeau
Mo. 63703

BALTIMORE MD 212
5 APR 2025 PM 3 L

63703-623699