**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| BEVERLY SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00237-SNLJ |
| | ) | |
| JEREMIAH SHAW et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 12(h)(3).

Dated this 24th day of April 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE